## IRVIN HOOD v. THE STATE.

No. 6020.  Decided December 16, 1920.

Assault to Murder—Statement of Facts—Practice on Appeal.

In the absence of the statement of facts, the contention that the judgment is contrary to the law and evidence, etc., the same cannot be revised on appeal and the judgment must be affirmed.

Appeal from the District Court of Robertson.  Tried below before the Honorable W. C. Davis.

Appeal from a conviction of assault with intent to murder; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—Appellant was convicted of assault to murder and given two years in the penitentiary.

It is contended that the judgment ought not to be permitted to stand because it is contrary to the law and the evidence, and is not based upon evidence adduced upon the trial, nor supported by the testimony. Without the statement of facts, which is not sent up with the record, we are unable to revise the question raised. This being the only question presented, the judgment will be affirmed.

*Affirmed.*